UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00296-SI |
| v. | INDICTMENT |
| CALEB WILLS, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
(Assault on a Federal Officer - Felony)
(18 U.S.C. § 111(a))

On or about July 27, 2020, in the District of Oregon, defendant **CALEB WILLS**, did forcibly assault, impede, and interfere with Agent Victim 1 ("AV1"), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of AV1's official duties, which acts involved physical contact with AV1.

In violation of Title 18, United States Code, Section 111(a).

Dated: August ____, 2020.        A TRUE BILL.

                                 OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____ OSB 134871
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

Indictment                                                                Page 1