BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00296-SI |
| v. | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| **CALEB WILLS,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this indictment with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: February 25, 2021                             Respectfully submitted,

                                                     BILLY J. WILLIAMS
                                                     United States Attorney


                                                     _/s/ Ashley R. Cadotte_____
                                                     ASHLEY R. CADOTTE, OSB #122926
                                                     Assistant United States Attorney

**Motion to Dismiss Indictment with Prejudice**                             **Page 1**