UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00296-SI |
| v. | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| CALEB WILLS, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the indictment with prejudice, and the Court being fully advised;

IT IS HEREBY ORDERED that the indictment against Defendant, Caleb Wills, in the above-captioned case, filed on August 04, 2020 be DISMISSED with prejudice.

Dated: February 25th, 2021

                                                       /s/ Michael H. Simon
                                                       HONORABLE MICHAEL H. SIMON
                                                       United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Ashley R. Cadotte
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney